■ Elizabeth A. Everhardt et al., Respondents, v Peter M. Klotzbach, Defendant-Respondent, and Marilyn E. Intengan, Defendant-Appellant. (Appeal No. 1.) [753 NYS2d 785] —Appeal from an order of Supreme Court, Erie County (Kane, J.H.O.), entered October 2, 2001, which denied the motion of defendant Marilyn E. Intengan to set aside the jury verdict against her.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Hurlbutt, Burns, Gorski and Hayes, JJ.